UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMARA DOUGHTY,

    Plaintiff,

    v.

OFFICER MANRIQUE, et al.,

    Defendants.

_____/

No. C 09-0425 PJH

**ORDER VACATING HEARING DATE**

    Plaintiff having filed a statement of intent not to oppose defendants' motion to dismiss, and having indicated that she will file an amended complaint on or before May 12, 2009, defendants' motion is hereby terminated, and the date noticed for the hearing, May 13, 2009, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: April 23, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge