1  Anthony Boskovich, No. 121198
   Law Offices of Anthony Boskovich
2  28 N. First Street, 6th Floor
   San Jose, California 95113-1210
3  policemisconduct@compuserve.com

4  408-286-5150

5  Attorney for plaintiff SAMARA DOUGHTY

**IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SAMARA DOUGHTY, *Plaintiff*, v. OFFICER MANRIQUE; OFFICER KNUDSEN; OFFICER FREDSTROM; JOHN DOE and RICHARD ROE, individually and in their capacities as police officers for the City of Newark, the identity and number of whom are unknown to plaintiff; RAY SAMUELS, individually and in his capacity as the chief of police of the City of Newark; CITY OF NEWARK, a public entity; DOES 1 to 25, *Defendants*. | No. C-09 00425 PJH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The matter having resolved, and the necessary paperwork being in the process of being prepared and executed,

**IT IS STIPULATED** between the parties that the case management currently set for 29

//

//

//

//

Stipulation and [Proposed] Order

1  April 2010 be vacated and reset for 27 May 2010 at 2:00 P.M.

2

3  Dated: 27 April 2010

/s/ Anthony Boskovich

Anthony Boskovich
Attorney for Plaintiff

6  Dated: 27 April 2010

/s/ Gregg Thornton

Gregg Thornton
Attorney for Defendants

**ORDER**

**IT IS SO ORDERED.**

Dated: 4/28/10



_____
Judge of the U...

28  Stipulation and [Proposed] Order

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150