```
GREGG A. THORNTON (SBN 146282)
DANIELLE K. LEWIS (SBN 218274)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendants
Officer Manrique; Officer
Knutson (erroneously sued herein
as Officer Knudsen); Officer
Fredstrom; Ray Samuels; and City
of Newark
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMARA DOUGHTY,<br><br>   Plaintiff,<br><br>   v.<br><br>OFFICER MANRIQUE; OFFICER KNUDSEN; OFFICER FREDSTROM; JOHN DOE and RICHARD ROE, individually and in their capacities as police officers for the City of Newark, the identity and number of whom are unknown to plaintiff; RAY SAMUELS, individually and in his capacity as the chief of police of the City of Newark; CITY OF NEWARK, a public entity; DOES 1 to 25,<br><br>   Defendants. | CASE NO.  C 09 00425 PJH<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

   IT IS HEREBY STIPULATED by and between the parties to this action, through their respective attorneys of record, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1),

1

each side to bear its own fees and costs.

DATED: May 19, 2010        LAW OFFICES OF ANTHONY BOSKOVICH

                           By: /S/
                               ANTHONY BOSKOVICH
                               Attorneys for Plaintiff
                               SAMARA DOUGHTY

DATED: May 19, 2010        SELMAN BREITMAN LLP

                           By: [signature]
                               GREGG A. THORNTON
                               DANIELLE K. LEWIS
                               Attorneys for Defendants
                               OFFICER MANRIQUE; OFFICER KNUTSON
                               (erroneously sued herein as Officer
                               Knudsen); OFFICER FREDSTROM; RAY
                               SAMUELS; and CITY OF NEWARK

### ORDER

**IT IS HEREBY ORDERED** that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each side to bear its own fees and costs.

DATED: 5/26/10             By: [signature]
                               THE HONORABLE PHYLLIS J. HAMILTON
                               UNITED STATES DISTRICT JUDGE
                               NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2

STIPULATION FOR & ORDER OF DISMISSAL
C 09 00425 PJH